|  | IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA |

SOUTHERN BAPTIST
HOSPITAL OF FLORIDA, INC.,
d/b/a BAPTIST MEDICAL
CENTER SOUTH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

CASE NO. 1D13-4960

v.

DIANE L. SMITH, as Personal
Representative of the Estate of
Herbert W. Smith, deceased; C.
RANDOLPH COLEMAN, as
Personal Representative of the
Estate of Paul D. Moczarski, D.O.;
EKAMO, PLLC; EMERGENCY
Physicians INC.; and ROSA
HARRINGTON, R.N.,

      Respondent.

_____/

Opinion filed July 17, 2014.

Petition for Writ of Certiorari—Original Jurisdiction.

Travase L. Erickson of Saalfield, Shad, Stokes, Inclan, Stoudemire & Stone, P.A.,
Jacksonville, for Petitioner.

F. Catfish Abbott and Forrest M. Abbott of the Abbott Law Group, P.A., Jacksonville,
for Respondents; Bryan S. Gowdy and Jennifer Shoaf Richardson of Creed & Gowdy,
P.A., Jacksonville, for Respondent Diane L. Smith, as Personal Representative for the
Estate of Herbert W. Smith.

PER CURIAM.

The petition for writ of certiorari is DISMISSED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.